UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE  Sevina Arline House            BANKRUPTCY CASE NO. 99-13778

Debtor(s)                              CHAPTER  13

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, __Keyetta M. House__, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On __02/07/2003__, the trustee of this estate deposited the sum of __$1,976.98__, belonging to __Sevina A. House__, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to __Keyetta M. House__ at the following address: __1738 Elizardi Blvd. New Orleans, LA 70114__.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

4/9/10

Keyetta M. House
1738 Elizardi Blvd.
New Orleans, LA 70114
(504) 202-4503

Subscribed and Sworn Before Me this _9th_ day of __April__, 20_10_.

_____
Notary Public in and for the State of __Louisiana__
My commission expires: __at death__



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE   Sevina Arline House                           BANKRUPTCY CASE NO. 99-13778

Debtor(s)                                             CHAPTER   13

## CERTIFICATE OF SERVICE

I, ____Keyetta M. House____, certify that on __4/12/10__, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Keyetta M. House
1738 Elizardi Blvd.
New Orleans, LA 70114
(504) 202-4503