# United States Bankruptcy Court
## Eastern District of Louisiana

To: Keyetta M. House					Case Number: 99-13778

Debtor(s): Sevina Arline House					Chapter: 13

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

✓	A copy the Judgement of Possession or an Affidavit of Heirship for Sevina Arline House is required.

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

							By: Cheryl Vogel
							Fiscal Supervisor

Date: April 27, 2010